**No. D-2535. In the Matter of Disbarment of James Harvey Tipler.**

563 U.S. 1006, 131 S. Ct. 2928, 179 L. Ed. 2d 1266, 2011 U.S. LEXIS 3925.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 813, 131 S. Ct. 404, 178 L. Ed. 2d 269, 2010 U.S. LEXIS 7557.